**LAW OFFICES OF**
**NASH & KIRCHNER, P.C.**
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613
Fax (520) 628-1079
Pima County Computer No. 41636
State Bar No. 002893

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | NO. CR13-1991-TUC-JGZ |
| ) | |
| vs. ) | RESPONSE TO NOTICE OF |
| ) | REMOVAL |
| GILBERT DELGADO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Excludable delay under 18 U.S.C. §3161(h)(1)(F) may occur as a result of this Motion or of an order based thereon.

The Defendant Delgado, by his counsel undersigned, hereby responds to a Notice of Removal filed by co-defendants Kavanaugh and Davies.

Counsel undersigned believes that the state of the law is that any defendant may request removal. No defendant appears to have a right to

opt out.  If the Notice of Removal is granted, even on the request of the single defendant, the entire case appears to be required to be moved to District Court.

That said, counsel undersigned shares the concerns of Stephen Weiss set forth in his response and objection to Notice of Removal filed on behalf of the Defendant Crow.  Counsel undersigned believes that the rights articulated in the Crow response are not merely procedural, but are instead vested rights that these defendants would still be afforded should the case be removed.  Counsel undersigned, like Mr. Weiss, believes that a denial of these substantive rights would constitute, *inter alia*, a denial of due process of law.

RESPECTFULLY SUBMITTED this 18th day of February, 2013.

LAW OFFICES OF
NASH & KIRCHNER, P.C.


BY */s/Walter Nash*
WALTER NASH
Attorney for Defendant Delgado

-2-